Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Samantha K. Sondag, OSB No. 154244
samantha.sondag@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

　　　Attorneys for Plaintiff

Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
David M. Merryman, OSB No. 181785
dmerryman@grsm.com
Gordon Rees Scully Mansukhani, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone:  503.382.3852
Facsimile:  503.616.3600

　　　Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CROWDSTREET, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NITYA CAPITAL, LLC, a Texas limited liability company,<br><br>　　　　　Defendant. | Case No.: 3:20-cv-02051-IM<br><br>PRELIMINARY INJUNCTION AND ORDER COMPELLING ARBITRATION AND STAYING CASE |

Page 1 -   PRELIMINARY INJUNCTION AND ORDER COMPELLING
　　　　　　ARBITRATION AND STAYING CASE

109339194.1 0056994-00013

This matter came before the Court on the Joint Motion for Preliminary Injunction and Order Compelling Arbitration and Staying Case filed by Plaintiff CrowdStreet, Inc. ("Plaintiff") and Defendant Nitya Capital LLC ("Defendant" and the "Motion", respectively).

Being fully advised, the Court orders as follows:

Defendant, including its agents, representatives, successors or assigns, and all persons acting in concert or in participation, is preliminarily enjoined from soliciting, or otherwise communicating about investment opportunities or Nitya's crowdfunding platform with, the CrowdStreet Users identified in **Exhibit A,** attached to the Motion, unless Defendant first presents Plaintiff with evidence that such Users have affirmatively opted in to receive communications from Defendant, in which case and no earlier than five (5) business days after such evidence is provided to Plaintiff, Defendant may communicate with and accept investment funds from such User.

This Order was entered into as a compromise, and except to enforce its terms, this Order shall not be used as evidence in any proceeding for any purpose.

The claims are compelled to arbitration and this case is stayed while the Parties resolve Plaintiff's claims in arbitration.

//
//
//
//
//
//
//

Page 2  -  PRELIMINARY INJUNCTION AND ORDER COMPELLING
ARBITRATION AND STAYING CASE

109339194.1 0056994-00013

This Order shall remain in effect, and this Court retains jurisdiction to enforce any violations of this Order, until this action is terminated. Plaintiff shall not be required to pursue any interim or other relief from the arbitration panel before seeking to enforce this Order in this Court, including without limitation by way of a motion for contempt.

IT IS SO ORDERED.

January 8, 2021

_____
Hon. Karin J. Immergut

PRESENTED BY:

*/s/ Amy Edwards*
Amy Edwards, OSB No. 012492
amy.edwards@stoel.com
Samantha K. Sondag, OSB No. 154244
samantha.sondag@stoel.com
Of Attorneys for Plaintiff

*/s/ Michael E. Richardson*
Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
David M. Merryman, OSB No. 181785
dmerryman@grsm.com
Michael E. Richardson, admitted *Pro Hac Vice*
MRichardson@beckredden.com
Alyssa B. McDaniel, admitted *Pro Hac Vice*
AMcDaniel@beckredden.com

Of Attorneys for Defendant

Page 3   -   PRELIMINARY INJUNCTION AND ORDER COMPELLING
             ARBITRATION AND STAYING CASE